## WEIR V. THE STATE.
(Decided June 6, 1911.)

APPEAL from Gadsden City Court.

Heard before Hon. ALTO V. LEE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

DE GRAFFENRIED, J. No error in the record. Affirmed.

---

## WILLIAMS V. THE STATE.
(Decided May 11, 1911.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J. No error in the record. Affirmed.

---

## WILLIAMS V. THE STATE.
(Decided June 6, 1911.)

APPEAL from St. Clair Circuit Court.

Heard before Hon. JOHN W. INZER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

WALKER, P. J. No error in the record. Affirmed.

---

## WILLIAMS V. THE STATE.
(Decided June 6, 1911.)

APPEAL from St. Clair Circuit Court.

Heard before Hon. JOHN W. INZER.

DE GRAFFENRIED, J. No error in the record. Affirmed.

---

## ZAVELO V. GOLDSTEIN.
(Decided June 4, 1911.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

GEORGE HUDDLESTON, for appellant. C. B. POWELL, for appellee.

Per curiam. Appeal dismissed.